DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES G. BEEKMAN,**
Appellant,

v.

**ONEWEST BANK, F.S.B.,** and **FEDERAL HOME LOAN MORTGAGE CORPORATION,**
Appellees.

No. 4D16-3751

[December 14, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 502008CA041520XXXXMB.

William H. Pincus of Pincus & Currier LLP, West Palm Beach, for appellant.

Nicole R. Ramirez of eXL Legal, PLLC, St. Petersburg, for appellee Federal Home Loan Mortgage Corporation.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***